IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 79898-7-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| WILLAIM FRANCIS MULL, JR., | ) | |
| | ) | |
| Appellant. | ) | |

PER CURIAM — William Francis Mull Jr. appeals two orders denying his postjudgment motions to withdraw his guilty plea. In his brief, however, Mull raises issues concerning financial obligations imposed in his earlier judgment and sentence. The State points out, and Mull does not dispute, that Mull did not timely appeal his judgment and sentence, that the appealed orders do not involve the financial obligations imposed in his sentence, that Mull's notice of appeal from those orders does not designate the original judgment and sentence for review, and that Mull's attempt to raise issues involving his sentence in this appeal is therefore untimely and procedurally defective.

In the absence of any response from Mull on these points and given the availability of other proper avenues of relief, see State v. Smissaert, 103 Wn.2d

636, 639, 694 P.2d 654 (1985) (the trial court has the power and duty to correct an erroneous sentence at any time), and RAP 16.3, we dismiss the appeal.

FOR THE COURT:

_____

_____

_____